## JOHN FOGARTY vs. CHARLES A. KEMMELL.

The fact that a deed bounds the premises conveyed on a street is no evidence against third persons that the grantee has a right of way in the street, in the absence of proof that the grantor had any rights therein.

TORT for the obstruction of an alleged right of way in Bowdoin Street in Worcester.

At the trial in the superior court, before *Devens*, J., the plaintiff introduced evidence that Bowdoin Street was an open way which was used for public travel, but had never been accepted by the city; that the plaintiff and defendant were both abutters thereon; that the deed under which the plaintiff held his land described the premises as bounded on the street; and that the

defendant had obstructed the street in front of his own premises. There was no evidence that the plaintiff's grantor owned any part of the street.

The judge ruled that the action could not be maintained on the evidence, directed a verdict for the defendant, which was returned, and reported the case for the revision of this court.

*H. L. Parker*, for the plaintiff.

*F. A. Gaskill*, ( *G. F. Verry* with him,) for the defendant.

BY THE COURT. There was no evidence tending to show that the plaintiff had a private way in front of the defendant's lot.

*Judgment for the defendant.*